1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiff
   PATRICK CONNALLY, an individual
6

7              **UNITED STATES DISTRICT COURT**

8            **NORTHERN DISTRICT OF CALIFORNIA**

9

10 PATRICK CONNALLY, an individual,      )   **CASE NO.  CV-09-4192-SI**
                                         )
11        Plaintiff,                     )   **STIPULATION RE CONTINUING**
                                         )   **DEADLINE FOR THE PARTIES TO**
12 v.                                    )   **CONDUCT THE JOINT SITE**
                                         )   **INSPECTION AND [PROPOSED] ORDER**
13 HAN IL KWAN RESTAURANT, a.k.a.,       )   **THEREON**
   WILLIAM and ANNETTE SCARABOSIO,       )
14 TRUSTEES of the SCARABOSIO            )
   FAMILY REVOCABLE TRUST dated          )
15 4/1/99,                               )
                                         )
16        Defendants.                    )
                                         )
17 _____      )

18

19        Plaintiff PATRICK CONNALLY and defendants WILLIAM and ANNETTE

20 SCARABOSIO, TRUSTEES of the SCARABOSIO FAMILY REVOCABLE TRUST dated

21 4/1/99, by and through their respective counsel, respectfully request and stipulate, as follows:

22        1.      **Whereas**, defendants WILLIAM and ANNETTE SCARABOSIO, TRUSTEES of

23 the SCARABOSIO FAMILY REVOCABLE TRUST dated 4/1/99 filed their answer to

24 plaintiff's complaint on December 2, 2009;

25        2.      **Whereas**, plaintiff PATRICK CONNALLY submitted his injunctive relief to

26 defendants WILLIAM and ANNETTE SCARABOSIO, TRUSTEES of the SCARABOSIO

27 FAMILY REVOCABLE TRUST dated 4/1/99 on December 4, 2009;

28 ///

   ///

3.      **Whereas**, counsel for defendants WILLIAM and ANNETTE SCARABOSIO,
TRUSTEE of the SCARABOSIO FAMILY REVOCABLE TRUST dated 4/1/99, has indicated
that his clients do not have any right to enter the subject restaurant to make repairs without the
tenants' cooperation under the lease;

4.      **Whereas**, defendants WILLIAM and ANNETTE SCARABOSIO, TRUSTEES
of the SCARABOSIO FAMILY REVOCABLE TRUST dated 4/1/99 need to coordinate with
their tenants at the subject restaurant, which is not a party in the above-mentioned caption matter;

5.      **Whereas**, due to these circumstances the parties were unable to conduct the
joint site inspection of the premises by December 21, 2009, as Ordered by General Order 56,
¶3,4;

6.      **Whereas**, the parties are scheduled to conduct the joint site inspection of the
subject premises on January 19, 2010; and

7.      **Whereas**, the parties, hereto agree, stipulate and respectfully request that the
last day for the parties and counsel to conduct the joint inspection of the premises be continued
up to and including January 21, 2010.

Respectfully submitted,

Dated: December 29, 2009          THOMAS E. FRANKOVICH,

                                 *A PROFESSIONAL LAW CORPORATION*


                                 By: _____/s/_____
                                        Thomas E. Frankovich
                                 Attorneys for Plaintiff PATRICK CONNALLY, an
                                 individual


///
///
///
///
///
///

Dated: January 11, 2010              ROGER L. MEREDITH,

                                     ATTORNEYS AND COUNSELORS AT LAW


                                     By:_____/s/_____
                                              Roger L. Meredith

                                     Attorneys for Defendants WILLIAM and ANNETTE

                                     SCARABOSIO, TRUSTEES of the SCARABOSIO

                                     FAMILY REVOCABLE TRUST dated 4/1/99


## **ORDER**

   **IT IS SO ORDERED** that the last day for the parties and counsel to conduct the joint

site inspection of the premises be continued up to and including January 21, 2010.



Dated: _____, 2010        _____
                                              Honorable Susan Illston

                                     United States District Judge