THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiff
PATRICK CONNALLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HAN IL KWAN RESTAURANT, a.k.a., WILLIAM and ANNETTE SCARABOSIO, TRUSTEES of the SCARABOSIO FAMILY REVOCABLE TRUST dated 4/1/99,<br><br>Defendants.<br>_____ | **CASE NO. CV-09-4192-SI**<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON<br><br><br><br><br><br><br><br>Honorable Susan Illston |

It is hereby stipulated by and between the parties hereto through their respective counsel that the court may continue the Case Management Conference that is currently scheduled for Friday, April 2, 2010, at 2:30 p.m.

The reason for continuing the Case Management Conference is that plaintiff's counsel, Thomas E. Frankovich will be on vacation out of the country commencing March 25, 2010 through April 7, 2010, nor will defense counsel be available for the Case Management Conference.

///

///

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**   1

Therefore, deferring the Case Management Conference to and including June 4, 2010, this will allow the parties sufficient time to try and resolve and/or otherwise have the above-referenced case mediated.

Respectfully Submitted,

Dated: March 17, 2010       THOMAS E. FRANKOVICH,
**A PROFESSIONAL LAW CORPORATION**

By: _____/S/_____
THOMAS E. FRANKOVICH
Attorneys for Plaintiff PATRICK CONNALLY, an individual

Dated: March 17,2010        ROGER L. MEREDITH,
**ATTORNEYS AND COUNSELORS AT LAW**

By:_____/S/_____
Roger L. Meredith
Attorneys for Defendants WILLIAM and ANNETTE SCARABOSIO, TRUSTEES of the SCARABOSIO FAMILY REVOCABLE TRUST dated 4/1/99

**ORDER**

**IT IS SO ORDERED** that the Case Management Conference set for April 2, 2010, is continued to __June 4_____, 2010, at 2:30 p.m. The parties shall file a Joint Case Management Statement no later than seven (7) days prior to the Conference.

Dated: _____, 2010     _____
Honorable Susan Illston
United States District Judge

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**     2