1 THOMAS E. FRANKOVICH (State Bar No. 074414)
  THOMAS E. FRANKOVICH,
2 *A Professional Law Corporation*
  4328 Redwood Hwy., Suite 300
3 San Rafael, CA 94903
  Telephone:    415/674-8600
4 Facsimile:    415/674-9900

5 Attorneys for Plaintiff
  PATRICK CONNALLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual, | CASE NO. CV-09-4192-SI |
| Plaintiff, | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON |
| v. | |
| HAN IL KWAN RESTAURANT, a.k.a., WILLIAM and ANNETTE SCARABOSIO, TRUSTEES of the SCARABOSIO FAMILY REVOCABLE TRUST dated 4/1/99, | |
| Defendants. | Honorable Susan Illston |

It is hereby stipulated by and between the parties hereto through their respective counsel that the court may continue the Further Case Management Conference that is currently scheduled for Friday, September 10, 2010, at 3:00 p.m.

The ADR Case Administrator has appointed Michael Sobel as the Mediator for the above-referenced case on June 17, 2010. The parties have not conducted the pre-mediation conference call, as required by ADR Local Rule 6.6. The parties learned that the Mediator had been ill for the past several weeks. Currently, the parties have a mutually agreed date scheduled for the pre-mediation conference on September 14, 2010, with the Mediator.

///

///

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE    1

In light of the above, the parties wish to preserve the court's resources by avoiding an unproductive Case Management Conference and by deferring the Case Management Conference will allow the parties sufficient time to try and resolve the above-action at the mediation.

Respectfully Submitted,

Dated: August 31, 2010

THOMAS E. FRANKOVICH,
**A PROFESSIONAL LAW CORPORATION**

By: ____/s/Thomas E. Frankovich_____
THOMAS E. FRANKOVICH
Attorneys for Plaintiff PATRICK CONNALLY, an individual

Dated: Sept 1, 2010

ROGER L. MEREDITH,
**ATTORNEYS AND COUNSELORS AT LAW**

By: _____
Roger L. Meredith
Attorneys for Defendants WILLIAM and ANNETTE SCARABOSIO, TRUSTEES of the SCARABOSIO FAMILY REVOCABLE TRUST dated 4/1/99

### ORDER

**IT IS SO ORDERED** that the Case Management Conference set for September 10, 2010, is continued to 11/2/10, 2010, at 3 pm a.m./p.m. The parties shall file a Joint Case Management Statement no later than seven (7) days prior to the Conference.

Dated: _____, 2010

_____
Honorable Susan Illston
United States District Judge

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE          2