UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| PATRICK CONNALLY,<br>          Plaintiff,<br>   v.<br>WILLIAM SCARABOSIO, et al.,<br>          Defendants.<br>_____/ | No. C 09-4192 SI<br><br>**ORDER GRANTING REQUEST FOR PLAINTIFF ANNETTE SCARABOSIO TO ATTEND THE MEDIATION TELEPHONICALLY**<br><br>Date:     October 21, 2010<br>Mediator: Michael Sobel |

IT IS HEREBY ORDERED that the request for plaintiff Annette Scarabosio to be excused from personally attending the October 21, 2010 mediation session before Michael Sobel is GRANTED. Mrs. Scarabosio shall be available at all times to participate by telephone in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

October 12, 2010        By:      *Elizabeth D. Laporte*
Dated                                                Elizabeth D. Laporte
                                                         United States Magistrate Judge